UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
ALLIED WORLD SPECIALTY INSURANCE
COMPANY,

No. 20-cv-06602-SRC-CLW

Plaintiff,

-against-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA.

Defendant.
------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims, counterclaims and crossclaims, is hereby dismissed with prejudice without costs to any party as against another.

PLEASE TAKE NOTICE that electronic signatures to this Stipulation will be deemed to be originals for all purposes.

Dated: Uniondale, New York
       October 6, 2021

| FLEISCHNER POTASH LLP | RIVKIN RADLER LLP |
|---|---|
| */s/ Adam P. Stark* | */s/ Joanne M. Engeldrum* |
| Adam P. Stark, Esq. | Joanne M. Engeldrum, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Allied World Specialty Insurance Company | Travelers Casualty Insurance Company of America |
| 1301 Highway 36 | 926 RXR Plaza |
| Building 1, Suite 108 | Uniondale, New York 11556-0926 |
| Hazlet, New Jersey 07733 | 516-357-3000 |
| 732-530-7787 | |

**SO ORDERED:**

Stanley R. Chesler, U.S.D.J.
10/7/2021

5385055.v1